IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 12 P 12:01

STEMCOR USA, INC.,

    Plaintiff,

vs.

M/V NEW ETERNITY; HSIN CHIEN MARINE CO., LTD.; BULK LOGISTICS LTD., and LOGISTEE USA, INC.,

    Defendants.

CIVIL ACTION NO.: CV207-014

## ORDER

Pursuant to the provisions of Local Rule 83.4, the Court has considered the motion of R. M. Sharpe, Jr. Attorney at Law, for special admission to practice before this Court, *pro hac vice*, in the above-styled case.

It appears to the Court that said attorney is not a resident of this district, is a member in good standing of the bar of the United States District Court for the Southern District of Texas, and does not maintain an office in the Southern District of Georgia for the practice of law. Said motion is **GRANTED**.

**SO ORDERED**, this 12th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)